IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **22-cr-193-RMR**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL BROWNE,
    a/k/a "Devon Stuart Fish,"

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about March 19, 2022, in the District of Colorado, MICHAEL BROWNE, a/k/a "Devon Stuart Fish," the defendant, did willfully and knowingly use and attempt to use any passport the issue of which was secured in any way by reason of any false statement, in that BROWNE provided false information on an application for a United States passport and then used that passport at the Denver International Airport.

All in violation of Title 18, United States Code, Section 1542.

### COUNT 2

On or about March 19, 2022, in the District of Colorado, MICHAEL BROWNE, a/k/a "Devon Stuart Fish," the defendant, during and in relation to a felony enumerated in Section 1028A(c), did knowingly transfer, possess, and use without lawful authority a

1

means of identification of another person, in that BROWNE willfully and knowingly used a passport the issue of which was secured in any way by reason of any false statement, in violation of Title 18, United States Code, Section 1542.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 3

On or about March 19, 2022, in the District of Colorado, MICHAEL BROWNE, a/k/a "Devon Stuart Fish," the defendant, knowingly possessed an identification document and authentication feature that was and appeared to be an identification document and authentication feature of the United States which was produced without lawful authority knowing that such document or feature was produced without such authority, in that BROWNE possessed a United States passport that was produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(6) & (b)(2)(A).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and (a)(6)(A) and Title 18, United States Code, Section 1028(b)(5).

2. Upon conviction of the violation alleged in Count One of this Indictment involving violations of Title 18, United States Code, Sections 1542, MICHAEL BROWNE, a/k/a "Devon Stuart Fish," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6)(A) any and all of the

defendant's right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, and any property used to facilitate, or is intended to be used to facilitate, the commission of the offense.

3. Upon conviction of the violation alleged in Count Three of this Indictment involving violation of Title 18, United States Code, Section1028(a)(6), MICHAEL BROWNE, a/k/a "Devon Stuart Fish," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and pursuant to Title 18, United States Code, Section 1028(b)(5), any personal property used or intended to be used to commit the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink Signature on File at Clerks Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: *s/Andrea Surratt*
ANDREA SURRATT
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  andrea.surratt@usdoj.gov
Attorney for Government