| | |
|---|---|
| <u>DEFENDANT</u>: | MICHAEL BROWNE, a/k/a "Devon Stuart Fish," |
| <u>AGE or YOB</u>: | 1989 |
| <u>COMPLAINT FILED?</u> | _____ Yes   ___x____ No<br><br>If Yes, MAGISTRATE CASE NUMBER: |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   __ Yes   _x_ No<br>    If No, a new warrant is required | |
| <u>OFFENSE(S)</u>: | <u>Count 1</u>: Passport fraud, 18 U.S.C. § 1542<br><u>Count 2</u>: Aggravated identity theft, 18 U.S.C. § 1028A(a)(1)<br><u>Count 3</u>: Identity theft, 18 U.S.C. § 1028(a)(6) |
| <u>LOCATION OF OFFENSE</u>: | Denver County, Colorado |
| <u>PENALTY</u>: | <u>Count 1</u>: NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment.<br><u>Count 2</u>: 2-year mandatory consecutive sentence to other sentences imposed; $100 special assessment<br><u>Count 3</u>: NMT 5 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment |
| <u>AGENT</u>: | KC Hughes<br>Special Agent, FBI |
| <u>AUTHORIZED BY</u>: | Andrea Surratt<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 X  five days or less; __ over five days

<u>THE GOVERNMENT</u>

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention is not applicable to this defendant.