CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:22–mj–02115–1
# *Internal Use Only*

Case title: USA v. Browne                           Date Filed: 09/08/2022

Other court case number:  1:22–cr–193 District of Colorado        Date Terminated: 09/08/2022
                          (Denver)

Assigned to: Magistrate Judge
Peter Bray

**Defendant (1)**

| | | |
|---|---|---|
| **Michael Browne** | represented by | **Federal Public Defender – Houston** |
| *TERMINATED: 09/08/2022* | | 440 Louisiana |
| *also known as* | | Ste 310 |
| Devon Stuart Fish | | Houston, TX 77002 |
| *TERMINATED: 09/08/2022* | | 713–718–4600 |
| | | Fax: 713–718–4610 |
| | | Email: hou_ecf@fd.org |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or Community* |
| | | *Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Passport fraud in violation of 18 U.S.C. 1542 Aggravated identity | Ordered committed to the Colorado District Court Denver |

theft in violation of 18 U.S.C.
1028A(a)(1) Identity theft in
violation of 18 U.S.C. 1028(a)(6)

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/08/2022 | 1 | | Copy of Indictment from District of Colorado, Denver Division, Case No 1:22−cr−193 as to Michael Browne, filed.(JosephWells, 4) (Entered: 09/08/2022) |
| 09/08/2022 | | | Arrest (Rule 40) of Michael Browne, filed. (JosephWells, 4) (Entered: 09/08/2022) |
| 09/08/2022 | | | Set Hearing as to Michael Browne: Initial Appearance − Rule 40 set for 9/8/2022 at 01:00 PM in Courtroom 703 before Magistrate Judge Peter Bray (JosephWells, 4) (Entered: 09/08/2022) |
| 09/08/2022 | 2 | | Arrest Warrant issued 06/09/2022; Returned Executed on 09/07/2022 as to Michael Browne. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (JosephWells, 4) (Entered: 09/08/2022) |
| 09/08/2022 | | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 9/8/2022 before Magistrate Judge Peter Bray as to Michael Browne. Defendant first appearance on Indictment from the Colorado District Court 22cr193 and advised of rights/charges. Defendant requests appointed counsel, Financial affidavit executed, Defendant appeared with counsel. Order appointing FPD to be entered, Defendant waives Identity, Detention Hearing in this district and Waiver of Rule 5 & 5.1 Hearings executed, Waiver of Identity, Detention Hearing in this district executed on the record, Deft ordered removed to originating district. Appearances: AUSA Erin Epley f/USA; AFPD Amr Ahmed f/Deft.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Yes) Deft remanded to custody, filed.(jmarchand, 4) (Entered: 09/08/2022) |
| 09/08/2022 | 3 | | Sealed Financial Affidavit CJA 23 by Michael Browne, filed. (Entered: 09/08/2022) |
| 09/08/2022 | 4 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. ( Signed by Magistrate Judge Peter Bray) Parties notified. (jmarchand, 4) (Entered: 09/08/2022) |
| 09/08/2022 | 5 | | BRADY ORDER on Rule 5(f) as to Michael Browne. (Signed by Magistrate Judge Peter Bray) Parties notified. (jmarchand, 4) (Entered: 09/08/2022) |
| 09/08/2022 | 6 | | COMMITMENT TO ANOTHER DISTRICT as to Michael Browne. Defendant committed to the Colorado District Court. ( Signed by Magistrate Judge Peter Bray) Parties notified. (jmarchand, 4) (Entered: 09/08/2022) |
| 09/08/2022 | | | RULE 5 Papers sent via email to Colorado District Court Denver Division as to Michael Browne, filed.(jmarchand, 4) (Entered: 09/08/2022) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   **22-cr-193-RMR**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL BROWNE,
     a/k/a "Devon Stuart Fish,"

      Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about March 19, 2022, in the District of Colorado, MICHAEL BROWNE, a/k/a "Devon Stuart Fish," the defendant, did willfully and knowingly use and attempt to use any passport the issue of which was secured in any way by reason of any false statement, in that BROWNE provided false information on an application for a United States passport and then used that passport at the Denver International Airport.

All in violation of Title 18, United States Code, Section 1542.

### COUNT 2

On or about March 19, 2022, in the District of Colorado, MICHAEL BROWNE, a/k/a "Devon Stuart Fish," the defendant, during and in relation to a felony enumerated in Section 1028A(c), did knowingly transfer, possess, and use without lawful authority a

1

means of identification of another person, in that BROWNE willfully and knowingly used a passport the issue of which was secured in any way by reason of any false statement, in violation of Title 18, United States Code, Section 1542.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 3

On or about March 19, 2022, in the District of Colorado, MICHAEL BROWNE, a/k/a "Devon Stuart Fish," the defendant, knowingly possessed an identification document and authentication feature that was and appeared to be an identification document and authentication feature of the United States which was produced without lawful authority knowing that such document or feature was produced without such authority, in that BROWNE possessed a United States passport that was produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(6) & (b)(2)(A).

## FORFEITURE ALLEGATION

1.     The allegations contained in Counts One and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and (a)(6)(A) and Title 18, United States Code, Section 1028(b)(5).

2.     Upon conviction of the violation alleged in Count One of this Indictment involving violations of Title 18, United States Code, Sections 1542, MICHAEL BROWNE, a/k/a "Devon Stuart Fish," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6)(A) any and all of the

Case 1:22-cr-00193-RMR *SEALED* Document 1 Filed 06/09/22 USDC Colorado   Page 3 of 4

defendant's right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, and any property used to facilitate, or is intended to be used to facilitate, the commission of the offense.

3.    Upon conviction of the violation alleged in Count Three of this Indictment involving violation of Title 18, United States Code, Section 1028(a)(6), MICHAEL BROWNE, a/k/a "Devon Stuart Fish," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and pursuant to Title 18, United States Code, Section 1028(b)(5), any personal property used or intended to be used to commit the offense.

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a)    cannot be located upon the exercise of due diligence;
    b)    has been transferred or sold to, or deposited with, a third party;
    c)    has been placed beyond the jurisdiction of the Court;
    d)    has been substantially diminished in value; or
    e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture

of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

Ink Signature on File at Clerks Office
FOREPERSON

COLE FINEGAN
United States Attorney

By: s/Andrea Surratt
ANDREA SURRATT
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: andrea.surratt@usdoj.gov
Attorney for Government

Case 1:22-cr-00193-RMR   Document 5   Filed 09/08/22   USDC Colorado   Page 7 of 10
Case 4:22-mj-02115   Document 2   Filed 09/08/22   Page 1 of 1
Case 1:22-cr-00193-RMR *SEALED*   Document 2   Filed 06/09/22   USDC Colorado   Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>**MICHAEL BROWNE,**<br>a/k/a "Devon Stuart Fish," | ) ) ) ) ) ) ) | Case No.   22-cr-193-RMR |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MICHAEL BROWNE,   a/k/a "Devon Stuart Fish," ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Passport fraud in violation of 18 U.S.C. § 1542
Aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1)
Identity theft in violation of 18 U.S.C. § 1028(a)(6)

Date:    06/09/2022                                     s/ A. Garcia Garcia - Deputy Clerk
                                                                  *Issuing officer's signature*

City and state:    Denver, Colorado                   Jeffrey P. Colwell - Clerk of Court
                                                                  *Printed name and title*

---

### Return

This warrant was received on *(date)* 9/7/2022 , and the person was arrested on *(date)* 9/7/2022
at *(city and state)* Houch, Tenn .

Date: 9/7/26

                                                                  *Arresting officer's signature*

                                                                  Cynthia A Bean, SA, FBI
                                                                  *Printed name and title*

United States District Court
Southern District of Texas

**ENTERED**

September 08, 2022

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:22–mj–02115 |
| | § | |
| Michael Browne | § | |

ORDER APPOINTING COUNSEL

Because the defendant has satisfied this court that he or she is financially eligible for court-appointed counsel, the court appoints the Federal Public Defender to represent the defendant.

Signed at Houston, Texas, on September 8, 2022.

_____
Peter Bray
United States Magistrate Judge

United States District Court
Southern District of Texas

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**

September 08, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:22–mj–02115 |
| | § | |
| Michael Browne | § | |

## ORDER

      In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

      It is so **ORDERED**.

      **SIGNED** on September 8, 2022.


Peter Bray
United States Magistrate Judge

AO 94 (Rev. 06/09) Commitment to Another District

United States District Court
Southern District of Texas

**ENTERED**
September 08, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA          §
                                  §
*versus*                          §          Case No. 4:22−mj−02115
                                  §
Michael Browne                    §


## COMMITMENT TO ANOTHER DISTRICT


The defendant has been ordered to appear in the **Colorado District Court, Denver division, in 22cr193 (charging District's case number).**

The defendant requested court appointed counsel. Federal Public Defender appointed.

The defendant remains in custody after the initial appearance.

Eligibility of court−appointed counsel should transfer to originating district.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.


Date: September 8, 2022


_____
Peter Bray
United States Magistrate Judge


Government moved for detention and Defendant detained pending a hearing in District of offense.