IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00193-RMR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL BROWNE,
a/k/a "Devon Stuart Fish,"

       Defendant.

---

NOTICE OF APPEARANCE

---

       The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/Kelly Christl
       KELLY CHRISTL
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       kelly.christl@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Andrea Surratt, AUSA
    Email: Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Michael Browne          (via Mail)

                               s/Kelly Christl
                               KELLY CHRISTL
                               Assistant Federal Public Defender
                               633 17th Street, Suite 1000
                               Denver, CO  80202
                               Telephone:  (303) 294-7002
                               FAX:  (303) 294-1192
                               kelly.christl@fd.org
                               Attorney for Defendant