IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00193-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL BROWNE,
a/k/a "Devon Stuart Fish,"

        Defendant.

## MOTION TO WITHDRAW AS COUNSEL

        Kelly Christl, Assistant Federal Public Defender, and the Office of the Federal Public Defender, moves to withdraw as counsel for the defendant, Michael Browne. Mr. Browne is requesting that counsel be appointed from the Criminal Justice Act Panel.

        This motion is being filed because counsel learned, over the weekend, of a concurrent conflict of interest involving Mr. Browne, implicating C.R.C.P. 1.7. Colorado Rules of Professional Responsibility have been adopted by the U.S. District Court. D.C.COLO.LAttyR 2(a). Additionally, defense counsel is licensed in the State of Illinois. Illinois Rules of Professional Conduct also prohibit counsel from continuing to represent Mr. Browne. *See,* Ill. Sup. Ct. R. 1.7. Further information regarding the nature and substance of the conflict may not be revealed without violating. C.R.C.P. 1.6 .

//

//

1

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrea Surratt, AUSA
Email: Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Michael Browne			(via Mail)


s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender

2