IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00193-RMR

UNITED STATES OF AMERICA,

Plaintiff,

v.

3.   MICHAEL BROWNE,
     *aka* "Devon Stuart"

Defendant.

## ENTRY OF APPEARANCE

Thomas E. Goodreid, an attorney duly licensed in the States of Colorado, North Carolina, and Montana and a member in good standing of the Bar of this Court, hereby enters his appearance as counsel on behalf of Defendant Michael Browne. The undersigned has been appointed to represent Mr. Browne under the Criminal Justice Act, 18 U.S.C. § 3006A.

Dated this 3rd day of October 2022.

Respectfully submitted,

s/Thomas E. Goodreid
Thomas E. Goodreid
Goodreid and Grant LLC
7761 Shaffer Parkway, Suite 105
Littleton, CO   802127
(303) 296-2048
t.goodreid@comcast.net
Attorney for Defendant Michael Browne

## CERTIFICATE OF SERVICE

      I certify that on this 3rd day of October 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      s/Thomas E. Goodreid
Thomas E. Goodreid
Goodreid and Grant LLC
7761 Shaffer Parkway, Suite 105
Littleton, CO   80127
(303) 296-2048
t.goodreid@comcast.net
Attorney for Defendant Michael Browne