IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00193-RMR

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  MICHAEL BROWNE,
    *aka* "Devon Stuart Fish"

    Defendant.

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND
## THE DEADLINE FOR FILING PRETRIAL MOTIONS

Defendant Michael Browne, through counsel, respectfully requests an extension of ten days of the current deadline for filing pretrial motions.

Mr. Browne is charged in the Indictment with three species of identity theft and passport fraud.   The undersigned was appointed on 3 October 2022 to represent the Defendant.   Mr. Browne was arraigned on 5 October 2022 and entered a not guilty plea to the three counts he faces.

The undersigned was out of the country from 8 October 2022 until 22 October 2022 on a vacation scheduled long before being appointed to represent Mr. Browne. Upon returning to Colorado, the undersigned commenced the byzantine process of visiting Mr. Browne at the Federal Detention Center in Englewood with counsel's laptop in tow.   Without boring the Court with all the procedural details, suffice it to say that it is not easy to get into the FDC with a laptop.

Having the laptop is necessary, though, because discovery in this case

exceeds one thousand pages. It is neither practicable nor environmentally sound to print out all those pages and to provide them in hard copy to Mr. Browne at the jail. As such, one must go through the time-consuming process of laptop approval for each and every visit with the Defendant. At present, counsel and client have been able to get through about a third of the discovery, with another visit planned (if approved on a timely basis by FDC) for later this week and another contemplated for next week.

As such, given all the foregoing, Mr. Browne respectfully requests a ten-day extension, from the existing deadline of 4 November 2022 to 14 November 2022, to file pretrial motions in this case. Assistant United States Attorney Andrea Surratt has advised the undersigned that the Government does not oppose the relief requested by this Motion. Granting the requested extension would not impact either the time limits set forth in the Speedy Trial Act or the presently scheduled 12 December 2022 trial date.

WHEREFORE, Defendant Michael Browne respectfully requests that this Motion be granted.

Dated this 1st day of November 2022.

Respectfully submitted,

s/Thomas E. Goodreid
Thomas E. Goodreid
Goodreid and Grant LLC
7761 Shaffer Parkway, Suite 105
Littleton, CO   802127
(303) 296-2048
t.goodreid@comcast.net
Attorney for Defendant Michael Browne

## CERTIFICATE OF SERVICE

     I certify that on this 1st day of November 2022, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING PRETRIAL MOTIONS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                            s/Thomas E. Goodreid
                            Thomas E. Goodreid
                            Goodreid and Grant LLC
                            7761 Shaffer Parkway, Suite 105
                            Littleton, CO   80127
                            (303) 296-2048
                            t.goodreid@comcast.net
                            Attorney for Defendant Michael Browne