IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00193-RMR

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.     MICHAEL BROWNE,
       *aka* "Devon Stuart Fish"

    Defendant.

## NOTICE OF DISPOSITION

    Defendant Michael Browne, through counsel, hereby advises the Court that he has reached a disposition with the Government and that he will be prepared to proceed with a change of plea hearing on a date to be set by the Court on its calendar, presumably 1 February 2023 at 3:00 p.m. MST, based upon Judge Regina Rodriguez Practice Standards Criminal Actions ¶ V(C)(1).

    Dated this 24th day of January 2023.

                            Respectfully submitted,

                            s/Thomas E. Goodreid
                            Thomas E. Goodreid
                            Goodreid and Grant LLC
                            7761 Shaffer Parkway, Suite 105
                            Littleton, CO  802127
                            (303) 296-2048
                            t.goodreid@comcast.net
                            Attorney for Defendant Michael Browne

**CERTIFICATE OF SERVICE**

     I certify that on this 24th day of January 2023, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                          s/Thomas E. Goodreid
                                                          Thomas E. Goodreid
                                                          Goodreid and Grant LLC
                                                          7761 Shaffer Parkway, Suite 105
                                                          Littleton, CO   80127
                                                          (303) 296-2048
                                                          *t.goodreid@comcast.net*
                                                          Attorney for Defendant Michael Browne