| | |
|---|---|
| DEFENDANT: | MICHAEL BROWNE |
| AGE or YOB: | 1989 |
| COMPLAINT FILED? | _____ Yes   __x__ No<br>If Yes, MAGISTRATE CASE NUMBER: |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   _x_ No<br>If No, a new warrant is required | |
| OFFENSE(S): | Count 1: Passport fraud, 18 U.S.C. § 1542<br>Count 2: Identity theft, 18 U.S.C. § 1028(a)(6)<br>Count 3: Felon in possession of firearm, 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | Denver County, Colorado; Fremont County, Colorado |
| PENALTY: | Count 1: NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment.<br>Count 2: NMT 5 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment<br>Count 3: NMT 15 years imprisonment; $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment |
| AGENT: | KC Hughes<br>Special Agent, FBI |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

X  five days or less; __ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention is not applicable to this defendant.