AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America )<br>v. )<br>1. MICHAEL BROWNE, )<br>aka "Devon Stuart Fish", )<br>*Defendant* ) | Case No. 22-CR-193-RMR |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2-1-23

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Thomas E. Goodreid
*Printed name of defendant's attorney*

_____
*Judge's signature*

U.S. District Court Judge Regina M. Rodriguez
*Judge's printed name and title*