IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00193-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MICHAEL BROWNE,
        a/k/a "Devon Stuart Fish,"

        Defendant.
_____

### UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE
_____

        COMES NOW the United States of America ("United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), and respectfully requests that this Court enter a Preliminary Order of Forfeiture for the reasons stated below.

        1.     On February 1, 2023, an Information was filed charging defendant Michael Browne, a/k/a "Devon Stuart Fish," with the following: in Count One, use of a passport secured by reason of a false statement, a violation of 18 U.S.C. § 1542; in Count Two, possession of a fraudulent identity document, a violation of 18 U.S.C. §§ 1028(a)(6) and (b)(2)(A); and in Count Three, felon in possession of a firearm, a violation of 18 U.S.C. § 922(g)(1).  (Doc. 27 at 1-2).

        2.     The United States also sought forfeiture from defendant Michael Browne, a/k/a "Devon Stuart Fish," pursuant to 18 U.S.C. § 982(a)(6)(A), of any and all of the defendant's right, title and interest in all property constituting and derived from any

proceeds the defendant obtained directly and indirectly as a result of such offense, and any property used to facilitate, or is intended to be used to facilitate, the commission of the offense in Count One and pursuant to 18 U.S.C. § 982(a)(2)(B), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and pursuant to 18 U.S.C. § 1028(b)(5), any personal property used or intended to be used, to commit the offense of Count Two. In addition, the United States also sought forfeiture of all firearms and ammunition involved in the commission of the offense in Count Three, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). (Doc. 27 at 2-4).

3. On February 1, 2023, the United States and defendant Michael Browne, a/k/a "Devon Stuart Fish," entered into a Plea Agreement. (Doc. 30). The Plea Agreement provides that defendant Michael Browne, a/k/a "Devon Stuart Fish," agreed to plead guilty to Count One, use of a passport secured by reason of a false statement, a violation of 18 U.S.C. § 1542; in Count Two, possession of a fraudulent identify document, a violation of 18 U.S.C. §§ 1028(a)(6) and (b)(2)(A); and in Count Three, possession of a firearm or ammunition by a convicted felon, a violation of 18 U.S.C. § 922(g)(1). (Doc. 30 at 1).

4. The defendant also admitted the forfeiture allegation and agreed to forfeit to the United States and further agreed to relinquish all rights to the Smith and Wesson .357 handgun bearing serial number CML6995 and any documents seized from the defendant bearing the name "Devon Stuart Fish," associated with this case, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. 2461(c). (Doc. 30 at 4-5).

5. Pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, the Court must determine what property is subject to forfeiture under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) as soon as practicable after a plea of guilty. The Court's

determination may be based on any plea agreement, any other evidence already in the record, and any other additional evidence submitted by the parties that the Court deems relevant and reliable.  Fed. R. Crim. P. 32.2(b)(1)(B).

6. Once the property is determined to be subject to forfeiture, the Court must promptly enter a Preliminary Order of Forfeiture.  Fed. R. Crim. P. 32.2(b)(2)(A).  It is mandatory that the Preliminary Order of Forfeiture is entered "sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant."  Fed. R. Crim. P. 32.2(b)(2)(B).

7. As set forth in the Plea Agreement, defendant Michael Browne, a/k/a "Devon Stuart Fish," on February 24, 2022, law enforcement officers executed a search warrant at a property in Penrose, Colorado (the "Penrose Property"). During the execution of this search warrant, officers encountered the defendant living in a trailer on the Penrose Property. In a safe in the defendant's bedroom, officers located a Smith and Wesson .357 handgun bearing serial number CML6995 (the "Firearm"). Also located in the safe were documents bearing the defendant's name, the defendant's birth certificate, the defendant's Colorado identification card, and the defendant's social security card. The defendant admits that he possessed the Firearm in the District of Colorado.

Prior to possessing the Firearm, the defendant was convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year. Further, prior to possessing the Firearm, the defendant knew that he had been previously convicted of a felony. Finally, before the defendant possessed the Firearm, the Firearm had moved at some time from one state to another. (Doc. 30 at 7). Therefore, the defendant's interest in the Smith and Wesson .357 handgun bearing serial number CML6995 is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

8. A Preliminary Order of Forfeiture is necessary in order for the United States to seize the property subject to forfeiture. In addition, 21 U.S.C. § 853(n) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical, direct written notice, of the forfeiture and the United States' intent to dispose of the property. The United States cannot accomplish the seizure, notice, and publication without a Preliminary Order of Forfeiture.

WHEREFORE, the United States respectfully requests that this Court enter the Preliminary Order of Forfeiture, tendered herewith, for the reasons set forth above.

DATED this 27th day of March 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Tonya.Andrews@usdoj.gov
*Attorney for the United States*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 27th day of March 2023 I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

                s/ *Charisha Cruz*
                Paralegal Specialist
                Office of the U.S. Attorney