IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00193-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MICHAEL BROWNE,
      a/k/a "Devon Stuart Fish,"

    Defendant.

_____

### PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the *United States' Motion for Preliminary Order of Forfeiture*. The Court having read said Motion and being fully advised in the premises finds:

THAT on February 1, 2023, an Information was filed charging defendant Michael Browne, a/k/a "Devon Stuart Fish," with the following: in Count One, use of a passport secured by reason of a false statement, a violation of 18 U.S.C. § 1542; in Count Two, possession of a fraudulent identity document, a violation of 18 U.S.C. §§ 1028(a)(6) and (b)(2)(A); and in Count Three, felon in possession of a firearm, a violation of 18 U.S.C. § 922(g)(1);

THAT the Information also included a forfeiture allegation pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

THAT on February 1, 2023, the United States and defendant Michael Browne, a/k/a "Devon Stuart Fish," entered into a Plea Agreement, which provides a factual basis

1

and cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

THAT the requisite nexus exists between the Smith and Wesson .357 handgun bearing serial number CML6995 and Count Three, a violation of 18 U.S.C. § 922(g)(1);

THAT prior to the disposition of the asset, the United States, or its designated sub-custodian, is required to seize the property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the *United States' Motion for Preliminary Order of Forfeiture* is GRANTED;

THAT defendant Michael Browne's, a/k/a "Devon Stuart Fish," interest in the Smith and Wesson .357 handgun bearing serial number CML6995 is forfeited to the United States in accordance with 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c);

THAT pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Fed. R. Crim. P. 32.2(e)(1).

SO ORDERED this \_\_\_\_ day of _____ 2023.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge