# 2013CR1568

10/31/22, 2:48 PM                                                                                Search

Back to Search Results 

| | | | |
|---|---|---|---|
| **Case Number:** 2013CR1568(District) | | **Date Filed:** 2013-09-25 | |
| | | People Of The State Of Colorado Vs. Browne, Michael Leon | |

| | | |
|---|---|---|
| **Summary** | Judge<br>Court<br>Division<br>EFiled<br>Appealed<br>Case Closed Date | Amiel Joshua Markenson<br>Pueblo County<br>501<br>Y<br><br>03/11/2016 |
| **Case Status** | Closed | |
| **Judge or Magistrate** | Name<br>Amiel Joshua Markenson | BAR Number<br>43115 |
| **Agency** | Agency<br>Pueblo Police Dept | Agency Case<br>13-013381 | Tkt/Summons Nbr<br>227092 | Arrest Nbr |
| **Related Cases** | Location<br>51 | Case Number<br>2013CR1602(District) | Related Reason | Name |
| **Participants** | Litigant<br>Browne, Michael Leon<br>Defendant 1<br>DOB 11/27/1989<br>Gender Male<br>Race Caucasian<br>Public Defender<br>Alias Browne, Michael Leon<br>Alias Browne, Michael Leon<br>Alias Browne, Michael Leon | Attorney<br>Markenson, Amiel Joshua<br>Role Deputy Public Defender<br>BAR 43115<br>Primary Attorney Y<br><br>Role Deputy Public Defender<br>BAR 900002<br>Primary Attorney Y |

https://www.cocourts.com/cocourts/secure/authenticated/search/SearchDetails.xhtml                              1/6

10/31/22, 2:48 PM                                                                         Search

| Charges | Count | Date | Details |
|---|---|---|---|
| | 1 | 07/12/2013 | Charges Burglary 2-of Dwelling<br>Status Dismissed<br>Statute 18-4-203(1),(2)(a)<br>Class F3 (Class 3 Felony)<br>Offense Date From 07/12/2013<br>Offense Date To 07/14/2013<br>BAC 0.000<br>Arrest Date 09/30/2013<br>Disposition Date 03/14/2014<br>Disposition Dism by DA |
| | 2 | 07/12/2013 | Charges Theft-$2,000-$5,000<br>Status Amended<br>Statute 18-4-401(1),(2)(f)<br>Class F6 (Class 6 Felony)<br>Offense Date From 07/12/2013<br>Offense Date To 07/14/2013<br>BAC 0.000<br>Arrest Date 09/30/2013 |
| | 2 | 07/12/2013 | Charges Theft-$750-$2,000<br>Status Dismissed<br>Statute 18-4-401(1),(2)(e)<br>Class M1 (Class 1 Misdemeanor)<br>Offense Date From 07/12/2013<br>Offense Date To 07/14/2013<br>BAC 0.000<br>Arrest Date 09/30/2013<br><br>Plea Date 03/23/2016<br>Plea Plea Withdrawn<br>Disposition Date 03/22/2016<br>Disposition Dism After Successful Complete |

| Scheduled Events | Date | Time | Details |
|---|---|---|---|
| | 10/01/2013 | 1100 AM | Status Hearing Held<br>Judge Clinton A Smith<br>Room H<br>Hearing on Advisement |
| | 10/07/2013 | 1015 AM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room G<br>First Appearance |
| | 10/30/2013 | 300 PM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room G<br>Preliminary Hearing |

10/31/22, 2:48 PM                                                              Search

| Date | Time | Description |
|---|---|---|
| 11/25/2013 | 1015 AM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room G<br>Setting |
| 01/23/2014 | 815 AM | Status Continued by Parties<br>Judge Larry Charles Schwartz<br>Room G<br>Plea Hearing |
| 02/07/2014 | 430 PM | Status Continued by Parties<br>Judge Larry Charles Schwartz<br>Room G<br>Plea Hearing |
| 03/14/2014 | 145 PM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room G<br>Plea & Sentencing Hearing |
| 11/13/2014 | 700 PM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room 406<br>Review |
| 12/14/2015 | 700 PM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room 406<br>Review Deferred |
| 03/14/2016 | 700 PM | Status Continued by Parties<br>Judge Larry Charles Schwartz<br>Room 406<br>End Deferred Jgm/Snt Hearing |
| 08/12/2016 | 700 PM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room 406<br>End Deferred Jgm/Snt Hearing |
| 03/14/2018 | 700 PM | Status Vacated<br>Judge Larry Charles Schwartz<br>Room 406<br>End Deferred Jgm/Snt Hearing |
| 12/14/2018 | 700 PM | Status Vacated<br>Judge Larry Charles Schwartz<br>Room 406<br>Review Deferred |

Proceedings

| Date | Code | Description |
|---|---|---|
| 09/25/2013 | FCMP | Felony Complaint Filed |
| 09/25/2013 | AFAW | Affidavit For Arrest Warrant |
| 09/26/2013 | WAFF | Warrant Upon Affidavit |

10/31/22, 2:48 PM                                                                Search

| Date | Code | Description |
|---|---|---|
| 09/30/2013 | WLEC | Warant Canceled By Law Enforce |
| 10/01/2013 | RSWT | Return Of Service On Warrant |
| 10/01/2013 | RSPO | Return Of Service Protect Ordr |
| 10/01/2013 | MROG | Mandatory Protection Ord Grntd |
| 10/07/2013 | MOTN | Motion |
| 10/07/2013 | MOTN | Motion |
| 10/07/2013 | MINO | Minute Order (no Print) |
| 10/07/2013 | ENTR | Entry Of Appearance |
| 10/07/2013 | ACTA | App - Cac/st Paid Professional |
| 10/28/2013 | NOTC | Notice Filed |
| 10/29/2013 | MOTN | Motion |
| 10/30/2013 | MINC | Minute Order (print) |
| 11/04/2013 | WVEX | Waiver Of Extradition |
| 11/06/2013 | ACTA | App - Cac/st Paid Professional |
| 11/20/2013 | RQST | Request Filed |
| 11/20/2013 | NOTC | Notice Filed |
| 11/20/2013 | MOTN | Motion |
| 11/20/2013 | MOTN | Motion |
| 11/20/2013 | MOTN | Motion |
| 11/25/2013 | MINC | Minute Order (print) |
| 01/17/2014 | ORDR | Order |
| 01/17/2014 | MOTN | Motion |
| 01/17/2014 | CMPL | Complaint |
| 01/23/2014 | MINC | Minute Order (print) |
| 02/07/2014 | PSIV | Psi Ordered-verbal |
| 02/07/2014 | MINC | Minute Order (print) |
| 03/05/2014 | RPRT | Report |
| 03/10/2014 | PSIF | Pre-sentence Invest Rpt Filed |
| 03/14/2014 | MINC | Minute Order (print) |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | FOTH | Filing Other |
| ==03/14/2014== | ==FOJ== | ==Final Order Of Judgment== |
| 03/14/2014 | CLAD | Case Closed |
| 03/17/2014 | FOJ | Final Order Of Judgment |
| 03/17/2014 | FOJ | Final Order Of Judgment |
| 03/20/2014 | RPRT | Report |
| 04/10/2014 | TCOP | Terms And Conditions Of Prob |
| 04/11/2014 | PETN | Petition |
| 04/14/2014 | ORDR | Order |
| 09/30/2014 | MOTN | Motion |

10/31/22, 2:48 PM                                                                 Search

|            |       |                                 |
|------------|-------|---------------------------------|
| 10/02/2014 | ORDR  | Order                           |
| 11/13/2014 | ORDR  | Order                           |
| 07/01/2015 | LDFI  | Letter To Def Rerest Interest   |
| 03/07/2016 | PETN  | Petition                        |
| 03/08/2016 | ORDR  | Order                           |
| 03/11/2016 | ROPN  | Reopened                        |
| 03/11/2016 | POST  | Closed After Post Judgment      |
| 03/22/2016 | PRTM  | Probation Terminated            |
| 03/22/2016 | PETN  | Petition                        |
| 03/22/2016 | ORDR  | Order                           |
| 03/22/2016 | MROV  | Mandatory Protection Ord Vacat  |

**Judgments**

| # | Date | Details |
|---|------|---------|

| ID | Details |
|----|---------|
| 1  | Bond Status Bond Released |

**Bond Information**

Bond Status Date 03/14/2014
Set Date 10/30/2013
Set Amount $15000.00
Set Type Cash or Surety
Post date 11/01/2013
Post Amount $15000.00
Post Type Surety
Adj Amount $15000.00
Adj Date 10/30/2013
DEF1 Browne, Michael Leon
Surety Janice K Titus
Professional License Number 403480
Power Number

**Financial Summary**

| Registry | Received | Disbursed | Assigned | Balance |
|----------|----------|-----------|----------|---------|
| Interest on Restitution (REST) | $220.15 | $220.15 | $0.00 | $0.00 |
| Restitution | $4328.53 | $4328.53 | $0.00 | $0.00 |
| Registry Balance | $4548.68 | $4548.68 | $0.00 | $0.00 |

| Accounts Receivable | Assessed | Applied | J/S Recd Rel Cse | Balance |
|---------------------|----------|---------|------------------|---------|
| Interest on Restitution (REST) | $220.15 | $220.15 | $0.00 | $0.00 |
| Restitution | $4328.53 | $4328.53 | $0.00 | $0.00 |
| Drug Standardized Assessment | $45.00 | $45 | $0.00 | $0.00 |
| Genetic Testing Surcharge | $2.50 | $2.5 | $0.00 | $0.00 |
| Late Penalty Fee | $10.00 | $10 | $0.00 | $0.00 |
| Public Defender Accounts Receivable Code | $25.00 | $25 | $0.00 | $0.00 |
| Restorative Justice Surcharge | $10.00 | $10 | $0.00 | $0.00 |
| Time Payment Annual Fee | $25.00 | $25 | $0.00 | $0.00 |

10/31/22, 2:48 PM

Search

| | | | | |
|---|---|---|---|---|
| Time Payment Fee | $25.00 | $25 | $0.00 | $0.00 |
| Victim Compensation Fund | $78.00 | $78 | $0.00 | $0.00 |
| Victim's Assistance Fund | $78.00 | $78 | $0.00 | $0.00 |
| Accts Rcv Balance | $4847.18 | $4847.18 | $0.00 | $0.00 |

Back to Search Results 

Copyright © 2022

LexisNexis Risk Solutions. All rights reserved.

Terms & Conditions Privacy Policy Site Map

(31)

10/31/2022 08:48 PM

https://www.cocourts.com/cocourts/secure/authenticated/search/SearchDetails.xhtml

6/6

# 2013CR1602

10/31/22, 2:47 PM                                                                                   Search


Back to Search Results

**Case Number:** 2013CR1602(District)                                          **Date Filed:** 2013-09-30

People Of The State Of Colorado Vs. Browne, Michael Leon

| | | |
|---|---|---|
| Summary | Judge | Amiel Joshua Markenson |
| | Court | Pueblo County |
| | Division | 501 |
| | EFiled | Y |
| | Appealed | |
| | Case Closed Date | 03/05/2020 |
| Case Status | Closed | |
| Judge or Magistrate | Name<br>Amiel Joshua Markenson | BAR Number<br>43115 |
| Agency | Agency<br>Pueblo County Sheriff Dept | Agency Case<br>13S020245 | Tkt/Summons Nbr<br>227092 | Arrest Nbr |
| Related Cases | Location<br>51 | Case Number<br>2013CR1568(District) | | Related Reason | | Name |
| Participants | Litigant<br>Browne, Michael Leon<br>Defendant 1<br>DOB 11/27/1989<br>Gender Male<br>Race Caucasian<br>Markenson, Amiel Joshua<br>Alias Browne, Michael Leon<br>Alias Browne, Michael Leon<br>Alias Browne, Michael Leon<br>Cantu, Joey G | Attorney<br>Garibay, Guillermo Ruben<br>Role Alternate Defense Counsel<br>BAR 6802<br>Primary Attorney N<br><br>Role Deputy Public Defender<br>BAR 43115<br>Primary Attorney N |

https://www.cocourts.com/cocourts/secure/authenticated/search/SearchDetails.xhtml                                         1/12

10/31/22, 2:47 PM                                                                                         Search

    Role Deputy Public Defender
    BAR 43608
    Primary Attorney N
    Cantu, Joey G
    Role Deputy Public Defender
    BAR 43608
    Primary Attorney N
    King, Ian James
    Role Deputy Public Defender
    BAR 43609
    Primary Attorney N
    San Filippo-rosser, Alex
    Role Deputy Public Defender
    BAR 43874
    Primary Attorney N
    Mcnamara, Brittany Xavier
    Role Deputy Public Defender
    BAR 47591
    Primary Attorney N
    Public Defender
    Role Deputy Public Defender
    BAR 900002
    Primary Attorney N
    Nelson, Austin Burke
    Role Deputy Public Defender
    BAR 51496
    Primary Attorney N

Charges

| Count | Date | Details |
|---|---|---|
| 1 | 09/29/2013 | Charges Leaving Scene/accident Involving Sbi-att |
| | | Status Main Charge |
| | | Statute 42-4-1601(1),(2)(b) |
| | | Class F5 (Class 5 Felony) |
| | | Offense Date From 09/29/2013 |
| | | BAC 0.000 |
| | | Arrest Date 09/30/2013 |
| | | |
| | | Plea Date 03/14/2014 |
| | | Plea Plea of Guilty |
| | | Disposition Date 08/17/2017 |
| | | Disposition Guilty |
| | | |
| | | Sentence Date 08/17/2017 |
| | | Sentence Description Clerical Revision of Sentence |
| | | Sentence Status Active |
| | | Victims Assistance Fund 163.00 Dollar Amount |

10/31/22, 2:47 PM

Search

Victim Compensation Fund 163.00 Dollar Amount
Genetic Testing Surcharge 2.50 Dollar Amount
Public Defender Accts Rcvable 25.00 Dollar Amount
Request for Time to Pay 25.00 Dollar Amount
Restorative Justice Surcharge 10.00 Dollar Amount
Drug Standardized Assessment 45.00 Dollar Amount
Deferred Sentence 4.00 Year(s) (Revoked)
Probation Supervision Fee 2400.00 Dollar Amount
Restitution 65866.59 Dollar Amount
Restitution 4696.84 Dollar Amount
Probation 3.00 Year(s)
Probation Supervision Fee 1800.00 Dollar Amount
Court Security Cash Fund 5.00 Dollar Amount
Court Costs 35.00 Dollar Amount

Sentence Date 07/09/2014
Sentence Description Clerical Revision of Sentence
Sentence Status Void

Victims Assistance Fund 163.00 Dollar Amount
Victim Compensation Fund 163.00 Dollar Amount
Genetic Testing Surcharge 2.50 Dollar Amount
Public Defender Accts Rcvable 25.00 Dollar Amount
Request for Time to Pay 25.00 Dollar Amount
Restorative Justice Surcharge 10.00 Dollar Amount
Drug Standardized Assessment 45.00 Dollar Amount
Deferred Sentence 4.00 Year(s) (Updated Sentence)
Probation Supervision Fee 2400.00 Dollar Amount
Restitution 65866.59 Dollar Amount
Restitution 4696.84 Dollar Amount

Sentence Date 03/14/2014
Sentence Description Deferred Sentence Granted
Sentence Status Void

Victims Assistance Fund 163.00 Dollar Amount
Victim Compensation Fund 163.00 Dollar Amount
Genetic Testing Surcharge 2.50 Dollar Amount
Public Defender Accts Rcvable 25.00 Dollar Amount
Request for Time to Pay 25.00 Dollar Amount
Restorative Justice Surcharge 10.00 Dollar Amount
Drug Standardized Assessment 45.00 Dollar Amount
Deferred Sentence 4.00 Year(s)
Probation Supervision Fee 2400.00 Dollar Amount
Restitution 65866.82 Dollar Amount

1       09/29/2013

Charges Leaving Scene/accident Involving Sbi
Status Amended
Statute 42-4-1601(1),(2)(b)

10/31/22, 2:47 PM                                                                  Search

|   |            | Class F4 (Class 4 Felony)                          |
|---|------------|----------------------------------------------------|
|   |            | Offense Date From 09/29/2013                       |
|   |            | BAC 0.000                                          |
|   |            | Arrest Date 09/30/2013                             |
| 2 | 09/29/2013 | Charges Leaving Scene/accident Involving Sbi       |
|   |            | Status Dismissed                                   |
|   |            | Statute 42-4-1601(1),(2)(b)                        |
|   |            | Class F4 (Class 4 Felony)                          |
|   |            | Offense Date From 09/29/2013                       |
|   |            | BAC 0.000                                          |
|   |            | Arrest Date 09/30/2013                             |
|   |            | Disposition Date 01/19/2014                        |
|   |            | Disposition Dism by DA                             |
| 3 | 09/29/2013 | Charges Vehicular Assault-reckless                 |
|   |            | Status Dismissed                                   |
|   |            | Statute 18-3-205(1)(a)                             |
|   |            | Class F5 (Class 5 Felony)                          |
|   |            | Offense Date From 09/29/2013                       |
|   |            | BAC 0.000                                          |
|   |            | Arrest Date 09/30/2013                             |
|   |            | Disposition Date 03/14/2014                        |
|   |            | Disposition Dism by DA                             |
| 4 | 09/29/2013 | Charges Vehicular Assault-reckless                 |
|   |            | Status Dismissed                                   |
|   |            | Statute 18-3-205(1)(a)                             |
|   |            | Class F5 (Class 5 Felony)                          |
|   |            | Offense Date From 09/29/2013                       |
|   |            | BAC 0.000                                          |
|   |            | Arrest Date 09/30/2013                             |
|   |            | Disposition Date 03/14/2014                        |
|   |            | Disposition Dism by DA                             |
| 5 | 09/29/2013 | Charges Assault 3-know/reckless Cause Injury       |
|   |            | Status Dismissed                                   |
|   |            | Statute 18-3-204(1)(a)                             |
|   |            | Class M1 (Class 1 Misdemeanor)                     |
|   |            | Offense Date From 09/29/2013                       |
|   |            | BAC 0.000                                          |
|   |            | Arrest Date 09/30/2013                             |
|   |            | Disposition Date 03/14/2014                        |
|   |            | Disposition Dism by DA                             |

Scheduled Events

| Date       | Time    | Details                |
|------------|---------|------------------------|
|            |         | Status Hearing Held    |
|            |         | Judge Clinton A Smith  |
|            |         | Room H                 |
| 10/01/2013 | 1100 AM | Hearing on Advisement  |

10/31/22, 2:47 PM                                              Search

| Date | Time | Event |
|---|---|---|
| 10/07/2013 | 1015 AM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room G<br>First Appearance |
| 10/30/2013 | 300 PM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room G<br>Preliminary Hearing |
| 11/25/2013 | 1015 AM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room G<br>Setting |
| 01/23/2014 | 815 AM | Status Continued by Parties<br>Judge Larry Charles Schwartz<br>Room G<br>Plea Hearing |
| 02/07/2014 | 430 PM | Status Continued by Parties<br>Judge Larry Charles Schwartz<br>Room G<br>Plea Hearing |
| ==03/14/2014== | ==145 PM== | ==Status Hearing Held==<br>==Judge Larry Charles Schwartz==<br>==Room G==<br>==Plea & Sentencing Hearing== |
| 05/14/2014 | 700 PM | Status Vacated<br>Judge Larry Charles Schwartz<br>Room G<br>Review |
| 06/02/2014 | 1000 AM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room G<br>Setting |
| 07/07/2014 | 1000 AM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room G<br>Setting |
| 09/17/2014 | 700 PM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room 406<br>Review |
| 07/21/2016 | 815 AM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room 406<br>Rtrn on Summ for Rev of Prob |
|  |  | Status Hearing Held |

10/31/22, 2:47 PM     Search

| Date | Time | Event |
|---|---|---|
| 07/28/2016 | 815 AM | Judge Larry Charles Schwartz<br>Room 406<br>Appearance of Counsel |
| 08/11/2016 | 815 AM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room 406<br>Setting |
| 09/08/2016 | 815 AM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room 406<br>Setting |
| 10/13/2016 | 815 AM | Status Party Failed to Appear<br>Judge Larry Charles Schwartz<br>Room 406<br>Setting |
| 06/23/2017 | 700 PM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room 406<br>Review |
| 06/29/2017 | 815 AM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room 406<br>Appearance on Arrest Warrant |
| 07/06/2017 | 815 AM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room 406<br>Setting |
| 07/20/2017 | 815 AM | Status Hearing Held<br>Judge Larry Charles Schwartz<br>Room 406<br>Setting |
| 08/17/2017 | 200 PM | Status Disposition Reached<br>Judge Larry Charles Schwartz<br>Room 406<br>Hrg-Revocation of Probation |
| 12/14/2017 | 700 PM | Status Vacated<br>Judge Larry Charles Schwartz<br>Room 406<br>Review Deferred |
| 03/14/2018 | 700 PM | Status Vacated<br>Judge Larry Charles Schwartz<br>Room 406<br>End Deferred Jgm/Snt Hearing |
|  |  | Status Hearing Held<br>Judge Larry Charles Schwartz |

10/31/22, 2:47 PM                                           Search

| Date | Time | Description |
|---|---|---|
| | | Room 406 |
| 03/22/2018 | 815 AM | Rtrn on Summ for Rev of Prob |
| | | Status Continued by Parties |
| | | Judge Larry Charles Schwartz |
| | | Room 406 |
| 04/12/2018 | 815 AM | Setting |
| | | Status Hearing Held |
| | | Judge Larry Charles Schwartz |
| | | Room 406 |
| 04/19/2018 | 815 AM | Setting |
| | | Status Hearing Held |
| | | Judge Larry Charles Schwartz |
| | | Room 406 |
| 10/10/2019 | 815 AM | Rtrn on Summ for Rev of Prob |
| | | Status Hearing Held |
| | | Judge Clerk Of Court |
| | | Room FIN |
| 10/15/2019 | 600 AM | Review |
| | | Status Hearing Held |
| | | Judge Larry Charles Schwartz |
| | | Room 406 |
| 10/17/2019 | 815 AM | Appearance of Counsel |
| | | Status Held and Continued |
| | | Judge Larry Charles Schwartz |
| | | Room 406 |
| 12/05/2019 | 815 AM | Setting |
| | | Status Hearing Held |
| | | Judge Larry Charles Schwartz |
| | | Room 406 |
| 02/06/2020 | 815 AM | Setting |
| | | Status Hearing Held |
| | | Judge Larry Charles Schwartz |
| | | Room 406 |
| 03/05/2020 | 815 AM | Setting |
| | | Status Vacated |
| | | Judge Clerk Of Court |
| | | Room FIN |
| 10/15/2020 | 600 AM | Review |

Proceedings

| Date | Code | Description |
|---|---|---|
| 09/30/2013 | WLEC | Warant Canceled By Law Enforce |
| 09/30/2013 | WAFF | Warrant Upon Affidavit |
| 09/30/2013 | AFAW | Affidavit For Arrest Warrant |
| 10/01/2013 | RSWT | Return Of Service On Warrant |
| 10/01/2013 | RSPO | Return Of Service Protect Ordr |

10/31/22, 2:47 PM                                                                Search

| Date | Code | Description |
|---|---|---|
| 10/01/2013 | MROG | Mandatory Protection Ord Grntd |
| 10/07/2013 | MOTN | Motion |
| 10/07/2013 | MOTN | Motion |
| 10/07/2013 | MINO | Minute Order (no Print) |
| 10/07/2013 | ENTR | Entry Of Appearance |
| 10/07/2013 | CMPL | Complaint |
| 10/07/2013 | ACTA | App - Cac/st Paid Professional |
| 10/29/2013 | MOTN | Motion |
| 10/30/2013 | MINC | Minute Order (print) |
| 11/04/2013 | WVEX | Waiver Of Extradition |
| 11/06/2013 | ACTA | App - Cac/st Paid Professional |
| 11/20/2013 | NOTC | Notice Filed |
| 11/20/2013 | MOTN | Motion |
| 11/20/2013 | MOTN | Motion |
| 11/20/2013 | MOTN | Motion |
| 11/20/2013 | MOTN | Motion |
| 11/20/2013 | MOTN | Motion |
| 11/25/2013 | MINC | Minute Order (print) |
| 01/17/2014 | ORDR | Order |
| 01/17/2014 | MOTN | Motion |
| 01/17/2014 | MOTN | Motion |
| 01/17/2014 | CMPL | Complaint |
| 01/19/2014 | ORDR | Order |
| 01/19/2014 | FCMP | Felony Complaint Filed |
| 01/23/2014 | MINC | Minute Order (print) |
| 02/07/2014 | PSIV | Psi Ordered-verbal |
| 02/07/2014 | MINC | Minute Order (print) |
| 03/05/2014 | RPRT | Report |
| 03/10/2014 | PSIF | Pre-sentence Invest Rpt Filed |
| 03/14/2014 | MINC | Minute Order (print) |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | LETR | Letter |
| 03/14/2014 | FOTH | Filing Other |
| 03/14/2014 | FOTH | Filing Other |
| 03/14/2014 | FOJ | Final Order Of Judgment |
| 03/14/2014 | CLAD | Case Closed |
| 03/17/2014 | FOJ | Final Order Of Judgment |
| 03/17/2014 | FOJ | Final Order Of Judgment |
| 03/20/2014 | RPRT | Report |
| 04/01/2014 | ORDR | Order |

10/31/22, 2:47 PM                                              Search

| Date | Code | Description |
|---|---|---|
| 04/01/2014 | MOTN | Motion |
| 04/10/2014 | TCOP | Terms And Conditions Of Prob |
| 05/05/2014 | OBJ | Objection |
| 05/07/2014 | ROPN | Reopened |
| 05/07/2014 | ORDR | Order |
| 06/02/2014 | MINC | Minute Order (print) |
| 07/07/2014 | POST | Closed After Post Judgment |
| 07/07/2014 | ORDR | Order |
| 07/07/2014 | MINC | Minute Order (print) |
| 07/28/2014 | MOTN | Motion |
| 08/06/2014 | ORDR | Order |
| 09/18/2014 | ORDR | Order |
| 07/01/2015 | LDFI | Letter To Def Rerest Interest |
| 06/21/2016 | ROPN | Reopened |
| 06/24/2016 | SUMM | Summons Issued |
| 06/24/2016 | CRVP | Cmpl For Revocation Of Prob |
| 07/21/2016 | MINC | Minute Order (print) |
| 07/22/2016 | ENTR | Entry Of Appearance |
| 07/22/2016 | ACTA | App - Cac/st Paid Professional |
| 07/26/2016 | PORD | Proposed Order |
| 07/26/2016 | MAWD | Motn To Withdraw |
| 07/27/2016 | ORDR | Order |
| 07/27/2016 | ORDR | Order |
| 07/28/2016 | MINC | Minute Order (print) |
| 08/12/2016 | MINC | Minute Order (print) |
| 09/08/2016 | MINC | Minute Order (print) |
| 10/13/2016 | WFTA | Warrant Failur To Appear |
| 10/13/2016 | MINC | Minute Order (print) |
| 10/27/2016 | CRVP | Cmpl For Revocation Of Prob |
| 05/21/2017 | WDTD | Detained On Warrant |
| 05/23/2017 | WDTD | Detained On Warrant |
| 06/02/2017 | PETN | Petition |
| 06/02/2017 | ORDR | Order |
| 06/02/2017 | ENTR | Entry Of Appearance |
| 06/06/2017 | ENTR | Entry Of Appearance |
| 06/06/2017 | CRVP | Cmpl For Revocation Of Prob |
| 06/29/2017 | RSWT | Return Of Service On Warrant |
| 06/29/2017 | MINO | Minute Order (no Print) |
| 07/06/2017 | MINC | Minute Order (print) |
| 07/20/2017 | MINC | Minute Order (print) |
| 07/25/2017 | ORDR | Order |
| 08/17/2017 | POST | Closed After Post Judgment |
| 08/17/2017 | MINC | Minute Order (print) |
| 09/15/2017 | TCOP | Terms And Conditions Of Prob |
| 09/18/2017 | ORDR | Order |
| 02/27/2018 | ROPN | Reopened |

10/31/22, 2:47 PM                                                                                   Search

| Date | Code | Description |
|---|---|---|
| 03/05/2018 | SUMM | Summons Issued |
| 03/05/2018 | CRVP | Cmpl For Revocation Of Prob |
| 03/20/2018 | ENTR | Entry Of Appearance |
| 03/20/2018 | ACTA | App - Cac/st Paid Professional |
| 03/22/2018 | MINC | Minute Order (print) |
| 04/12/2018 | MINC | Minute Order (print) |
| 04/19/2018 | RPNR | Return To Prob., No Revocation |
| 04/19/2018 | POST | Closed After Post Judgment |
| 04/19/2018 | MINC | Minute Order (print) |
| 09/03/2019 | ROPN | Reopened |
| 09/25/2019 | SUMM | Summons Issued |
| 09/25/2019 | CRVP | Cmpl For Revocation Of Prob |
| 10/10/2019 | MINO | Minute Order (no Print) |
| 10/15/2019 | ENTR | Entry Of Appearance |
| 10/15/2019 | ACTA | App - Cac/st Paid Professional |
| 10/17/2019 | MINC | Minute Order (print) |
| 12/05/2019 | MINO | Minute Order (no Print) |
| 02/06/2020 | MINC | Minute Order (print) |
| 03/05/2020 | RPNR | Return To Prob., No Revocation |
| 03/05/2020 | POST | Closed After Post Judgment |
| 03/05/2020 | MINO | Minute Order (no Print) |
| 08/13/2020 | PRTM | Probation Terminated |
| 08/13/2020 | PETN | Petition |
| 08/13/2020 | ORDR | Order |
| 08/13/2020 | MROV | Mandatory Protection Ord Vacat |

**Judgments**

| # | Date | Details |
|---|---|---|

**Bond Information**

| ID | Details |
|---|---|
| 1<br>Bond Status Date 03/14/2014<br>Set Date 10/30/2013<br>Set Amount $15000.00<br>Set Type Cash or Surety<br>Post date 10/31/2013<br>Post Amount $15000.00<br>Post Type Surety<br>Adj Amount $15000.00<br>Adj Date 10/30/2013<br>DEF1 Browne, Michael Leon<br>Surety Janice K Titus<br>Professional License Number 403480<br>Power Number | Bond Status Bond Released |
| 2<br>Bond Status Date 08/17/2017 | Bond Status Bond Vacated |

10/31/22, 2:47 PM                                                                                 Search

**Financial Summary**

Set Date 10/13/2016
Set Amount $3500.00
Set Type Cash Only/No Surety
Post Amount $0.00
Adj Amount $0.00
DEF1 Browne, Michael Leon

| Registry | Received | Disbursed | Assigned | Balance |
|---|---|---|---|---|
| Interest on Restitution (REST) | $0 | $0.00 | $0.00 | $0.00 |
| Restitution | $3004.08 | $3004.08 | $0.00 | $0.00 |
| Registry Balance | $3004.08 | $3004.08 | $0.00 | $0.00 |

| Accounts Receivable | Assessed | Applied | J/S Recd Rel Cse | Balance |
|---|---|---|---|---|
| Interest on Restitution (REST) | $51288.25 | $0 | $0.00 | $51288.25 |
| Restitution | $70563.43 | $3004.08 | $0.00 | $67559.35 |
| Court Costs | $35.00 | $0 | $0.00 | $35.00 |
| Court Security Cash Fund | $5.00 | $0 | $0.00 | $5.00 |
| Drug Standardized Assessment | $45.00 | $0 | $0.00 | $45.00 |
| Genetic Testing Surcharge | $2.50 | $0 | $0.00 | $2.50 |
| Late Penalty Fee | $20.00 | $0 | $0.00 | $20.00 |
| Probation Supervision Fee | $4200.00 | $0 | $0.00 | $4200.00 |
| Public Defender Accounts Receivable Code | $25.00 | $0 | $0.00 | $25.00 |
| Restorative Justice Surcharge | $10.00 | $0 | $0.00 | $10.00 |
| Time Payment Annual Fee | $200.00 | $0 | $0.00 | $200.00 |
| Time Payment Fee | $25.00 | $0 | $0.00 | $25.00 |
| Victim Compensation Fund | $163.00 | $163 | $0.00 | $0.00 |
| Victim's Assistance Fund | $163.00 | $163 | $0.00 | $0.00 |
| Accts Rcv Balance | $126745.18 | $3330.08 | $0.00 | $123415.10 |

| Un-Assigned Rcp's | Received |
|---|---|
| Copy Work | $4.50 |
| Search of Records (On Site Retrieval) | $5.00 |
| Total Un-Assigned | $9.50 |



Back to Search Results

Copyright © 2022
LexisNexis Risk Solutions. All rights reserved.
Terms & Conditions  Privacy Policy  Site Map

(31)
10/31/2022 08:47 PM

https://www.cocourts.com/cocourts/secure/authenticated/search/SearchDetails.xhtml                                                                                        11/12

10/31/22, 2:47 PM

Search