IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-193-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL BROWNE,

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

    The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant MICHAEL BROWNE in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On February 1, 2023, the defendant waived indictment and pled guilty to the counts in Information 22-cr-193-RMR pursuant to the terms enumerated in a written plea agreement.  [ECF #27-30].  Sentencing is scheduled for April 24, 2023.  [ECF #29].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the counts of Indictment 22-cr-193-RMR as to this defendant.

3.     The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the counts of Indictment 22-cr-193-RMR as to defendant MICHAEL BROWNE at the time of sentencing in the above-captioned matter.

Respectfully submitted this 7th day of April, 2023.

                                COLE FINEGAN
                                United States Attorney


                        By:     s/ Andrea Surratt
                                Andrea Surratt
                                Assistant United States Attorney
                                U.S. Attorney's Office
                                1801 California St., Suite 1600
                                Denver, CO 80202
                                Telephone: (303) 454-0100
                                e-mail: Andrea.Surratt@usdoj.gov