IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00193-RMR

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  MICHAEL BROWNE,
    *aka* "Devon Stuart Fish"

    Defendant.

## DEFENDANT'S SENTENCING STATEMENT

Defendant Michael Browne, through counsel, makes the following sentencing statement.

Mr. Browne has reviewed and digested the Presentence Investigation Report prepared and filed by the Probation Department [#32].  Defendant Browne has noted his objections [#36] to that Report.  Only one of those objections, that dealing with whether his record properly places him in Criminal History Category II or III, affects the Guidelines calculations.

The Government, in its Sentencing Statement [#37, at p. 6] advises that the prosecution understands that, based upon the Defendant's objection, "the Probation Office is going to revise its CHC calculation to II, for a Guidelines range of 30-37 months . . ."  Assuming that the Government is correct in this respect, Probation thereby presumably will be revising its previous recommendation of a sentence of 33 months of imprisonment (the bottom of the Guidelines range for level 18, Criminal History

Category III) to a recommendation of 30 months of imprisonment (the bottom of the Guidelines range for level 18, Criminal History Category II).   Mr. Browne would concur with such a revised recommendation, if it is forthcoming.

The Defendant believes that, subject to his objections, the PSIR otherwise fairly encapsulates his situation, including his personal background and the facts and circumstances of the offenses of conviction.   Mr. Browne is prepared to face the consequences of his illegal conduct.   He thinks that the anticipated, amended sentencing recommendation of 30 months' imprisonment is appropriate; he asks for such a sentence.

Dated this 10th day of April 2023.

Respectfully submitted,

s/Thomas E. Goodreid
Thomas E. Goodreid
Goodreid and Grant LLC
7761 Shaffer Parkway, Suite 105
Littleton, CO   802127
(303) 296-2048
t.goodreid@comcast.net
Attorney for Defendant Michael Browne

## CERTIFICATE OF SERVICE

      I certify that on this 10th day of April 2023, I electronically filed the foregoing **DEFENDANT'S SENTENCING STATEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      s/Thomas E. Goodreid
Thomas E. Goodreid
Goodreid and Grant LLC
7761 Shaffer Parkway, Suite 105
Littleton, CO   80127
(303) 296-2048
t.goodreid@comcast.net
Attorney for Defendant Michael Browne