IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00193-RMR-1 | Date: April 24, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Probation Officer: Meaghan Mills | |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1. MICHAEL BROWNE, | Thomas Goodreid |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING**

**3:03 p.m.     Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

Defendant sworn.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:**  Government's Motion for Decrease for Acceptance of Responsibility [ECF No. 38] is GRANTED.

**ORDERED:**  Government's Motion to Dismiss Counts [ECF No. 39] is GRANTED.

**ORDERED:**  Defendant shall be imprisoned for 30 months as to Count 1, 30 months as to Count 2, and 30 months as to Count 3 to run concurrently for a total of 30 months. Upon release from imprisonment, Defendant shall be placed on supervised release for a term of 3 years as to Count 1, 3 years as to Count 2, and 3 years as to Count 3 to run concurrently for a total of 3 years.

**ORDERED:**  Conditions of Supervised Release, as stated on record.

**ORDERED:**  Defendant shall pay a $300.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:**  Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:**  Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal.

The Court recommends that the Bureau of Prisons place the Defendant at FCI Englewood

The Court recommends that the Defendant receive credit for all time served in Federal custody on this case.

**3:36 p.m.     Court in recess.**

Hearing concluded.
Total time in court:    00:33