IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00193-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MICHAEL BROWNE,
        a/k/a "Devon Stuart Fish,"

        Defendant.
_____

### UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 18 U.S.C. § 924(d), 28 U.S.C. 2461(c), and Fed. R. Crim. P. 32.2.  In support thereof, the United States submits the following:

    1.    On February 1, 2023, an Information was filed charging defendant Michael Browne, a/k/a "Devon Stuart Fish," with the following: in Count One, a violation of 21 U.S.C. § 1542; in Count Two, a violation of 18 U.S.C. §§ 1028(a)(6) and (b)(2)(A); and in Count Three, a violation of 18 U.S.C. § 922(g)(1).  (ECF Doc. 27 at p. 1-2).

    2.    The United States also sought forfeiture from defendant Michael Browne, a/k/a "Devon Stuart Fish," of any and all of the defendant's right, title and interest in all

1

property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, and any property used to facilitate, or is intended to be used to facilitate, the commission of the offense in Count One, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and to 18 U.S.C. § 1028(b)(5), any personal property used or intended to be used, to commit the offense in Count Two. In addition, the United States also sought forfeiture of all firearms and ammunition involved in the commission of the offense in Count Three, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). (Doc. 27 at 2-4).

3. On February 16, 2022, the United States and defendant Michael Browne, a/k/a "Devon Stuart Fish," entered into a Plea Agreement. (ECF Doc. 30 at 1). The Plea Agreement provides, that the defendant Michael Browne, a/k/a "Devon Stuart Fish," agreed to plead guilty to Count One of the Information, use of a passport secured by reason of a false statement, a violation of 18 U.S.C. § 1542; in Count Two, possession of a fraudulent identify document, a violation of 18 U.S.C. §§ 1028(a)(6) and (b)(2)(A); and in Count Three, possession of a firearm or ammunition by a convicted felon, a violation of 18 U.S.C. § 922(g)(1). (ECF Doc 30 at 1).

4. Pursuant to the Plea Agreement, the Court entered a Preliminary Order of Forfeiture on March 27, 2023, forfeiting to the United States any and all of defendant Michael Browne, a/k/a "Devon Stuart Fish,"' right, title and interest in the Smith and Wesson .357 handgun bearing serial number CML6995. (ECF Doc. 35).

5. On May 2, 2023, the Court entered the judgment including forfeiture of the Smith and Wesson .357 handgun bearing serial number CML6995. (ECF Doc. 45, p. 7).

6. The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture.

7. Federal Rule of Criminal Procedure 32.2(b)(6)(A) requires that the government send notice to "any person who reasonably appear to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding."

8. Accordingly, the Notice of the forfeiture was sent to all known interested third parties. Specifically, the government sent Notice to the following:

   a. On April 19, 2023, the government sent, via certified and first class mail, to Shawn Eric Deitchman, Jr., 2922 Denver Blvd., Apt. 3, Pueblo, CO 81008-1483. (Doc. 43 at 4). The notice sent by certified mail has not been returned as undeliverable, the notice sent by first class mail has been returned as undeliverable.

   b. On April 19, 2023, the government sent, via certified and first class mail, to Shawn Eric Deitchman, Jr., 906 Security Ave., Pueblo, CO 81004-1126. (Doc. 43 at 4). The notice sent by certified mail and the notice sent by first class mail has not been returned as undeliverable.

   c. On April 19, 2023, the government sent, via certified and first class mail, to Shawn Eric Deitchman, Jr., 702 Wilson Avenue, Pueblo, CO 81004. (Doc. 43 at 4). The notice sent by certified mail and the notice sent by first class mail has not been returned as undeliverable.

    d. On April 19, 2023, the government sent, via certified and first class mail, to Nathan Josiah Sugar, 41 W. Highway 14, Spearfish, SD  57783. (Doc. 43 at 4). The notice sent by certified mail and the notice sent by first class mail has not been returned as undeliverable.

9. In addition, the United States properly published notice of the forfeiture, via an official government internet website for thirty consecutive days, from April 12, 2023 to May 11, 2023, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).  The deadline for any party who received notice of the forfeiture through publication on the website was June 11, 2023.

10. No party has filed a petition or otherwise claimed an interest in the asset to be forfeited and the time to do so has elapsed.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, for the firearms and ammunition listed above.

DATED this 20th day of June 2023.

                         Respectfully submitted,

                         COLE FINEGAN
                         United States Attorney

By: *s/ Tonya S. Andrews*
     Tonya S. Andrews
     Assistant United States Attorney
     1801 California Street, Ste. 1600
     Denver, Colorado 80202
     Telephone (303) 454-0100
     E-mail: tonya.andrews@usdoj.gov
     *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 20th day of June 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Charisha Cruz*
Paralegal Specialist
Office of the U.S. Attorney