IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00193-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MICHAEL BROWNE,
       a/k/a "Devon Stuart Fish,"

        Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, as set forth in the Information returned on February 18, 2023;

THAT a Preliminary Order of Forfeiture was entered on March 27, 2023;

THAT all known interested parties were provided an opportunity to respond and that publication has been completed as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition has elapsed; and

1

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the Smith and Wesson .357 handgun bearing serial number CML6995 shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. Rule 32.2, free from the claims of any other party; and

THAT the United States shall have full and legal title to the above listed asset and may dispose of them in accordance with law.

SO ORDERED this ____ day of _____2023.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge