IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00193-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL BROWNE,
        a/k/a "Devon Stuart Fish,"

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, as set forth in the Information returned on February 18, 2023;

THAT a Preliminary Order of Forfeiture was entered on March 27, 2023;

THAT all known interested parties were provided an opportunity to respond and that publication has been completed as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition has elapsed; and

1

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the Smith and Wesson .357 handgun bearing serial number CML6995 shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. Rule 32.2, free from the claims of any other party; and

THAT the United States shall have full and legal title to the above listed asset and may dispose of them in accordance with law.

SO ORDERED this 20th day of June, 2023.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge